PER CURIAM.
We affirm the order of November 2, 1998, granting the garnishee’s motion to ■ vacate the final garnishment judgment, see §§ 77.055, .083, Fla. Stat. (1997); BellSouth Adver. & Pub. Corp. v. Security Bank, N.A., 698 So.2d 254 (Fla.1997), aff'g Security Bank N.A. v. BellSouth Adver. & Pub. Corp., 679 So.2d 795 (Fla. 3d DCA 1996); State of Florida v. Thurmond, 721 So.2d 827 (Fla. 3d DCA 1998); T-Jett Enter., Inc. v. Ernest & Stewart, Inc., 543 So.2d 390 (Fla. 3d DCA 1989); Corporacion Peruana de Aeropuertos y Aviacion Comercial v. Boy, 180 So.2d 503 (Fla. 2d DCA 1965), except for correcting paragraph two of the order by deleting “Garnishee Toledo,” wherever it appears in paragraph two and substituting in its place, “Defendant Jorge Monje.”
Affirmed as modified.